**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**
**CIVIL/FAMILY POST TRIAL**

**DATE: September 30, 2015**

**FOURTEENTH COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/2/2015 11:27:58 AM
CHRISTOPHER A. PRINE
Clerk

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number-*<u>**14-15-00737-CV**</u>

*Trial Court Case Number:* <u>2013-77301</u> _____

*Trial Court Number* <u>152</u><sup>ND</sup> **District Court**

_____

**Information from Trial Court Clerk**

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

__**X**__ The clerk's record will not be filed by the original due date. (Please state reasons below)
**Reason(s) See below; Appellant filed notice of appeal as a pro se litigant, therefore advanced payment is required before the clerks record is fully prepared; a request for advanced payment in the amount of $70.00 has been sent to the pro se appellant; pending;**

I believe I can file the clerk's record by __**_____**__**,** and I request days extension.

__**X**__ Appellant has not made payment arrangements.
_____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS


BY: /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**

September 29, 2015

**Sylan Chang, Pro Se**
**7710 Cherry Park #604**
**Houston, Tx 77095**

**Sent Via: US Mail Only**

**Re: Cause 2013-77301; Sylan Chang., v Discover Bank In the 152nd Judicial District Court of Harris County, Texas;**

**Dear Pro Se Chang;**

We have received your notice of appeal in the above referenced case. We are informing you in order for us to prepare, certify and timely file the clerk's record with the appellate court that you must be in accordance with rule (35.3) of the Texas Rules of Appellate Procedure which states:

*(a)* (2) *The party responsible for paying for the preparation of the clerk's record has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee.*

The **estimated** cost of the clerk's record is $ **81.00** are requesting a deposit/payment of $**70.00** before proceeding in **preparing the clerk's record**.
You may remit your payment in the form of a money order or cashier's check, payable to Chris Daniel, District Clerk by mailing to: Chris Daniel, District Clerk
    **Attn: Civil / Family Post Trial**
    **Rm 250 2nd Floor**
    P.O. Box 4651
    Houston, TX 77210-4651

       CHRIS DANIEL,
       CLERK DISTRICT COURT,
       HARRIS COUNTY, TEXAS

     BY: _/s/ PHYLLIS WASHINGTON_____
      **PHYLLIS WASHINGTON, DEPUTY**